FILED

2011 Sep-14  AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

GLENN ALLEN CORBETT,

      Plaintiff,

v.                                 CASE NO. 5:09-cv-362-PWG

RODNEY McABEE, et al.,

      Defendants.


### FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is

hereby ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (doc. 41) is

GRANTED.

As to the foregoing it is SO ORDERED this the 14th day of September, 2011.


_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**